# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DONNA COLLIER,<br>      Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:11-CV-68-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 35]. Plaintiff's Objections to the Memorandum and Recommendations [D.E. 36] are OVERRULED. Plaintiff's Motion for Judgment on the Pleadings [D.E. 25] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 30] is GRANTED, and Defendant's final decision is AFFIRMED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 30, 2012,** WITH A COPY TO:

Kathleen S. Glancy  (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg  (via CM/ECF Notice of Electronic Filing)


July 30, 2012                                        JULIE A. RICHARDS, Clerk
Date                                                 Eastern District of North Carolina

                                                          /s/Debby Sawyer
                                                          (By) Deputy Clerk

Raleigh, North Carolina